UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
WTC CAPTIVE INSURANCE COMPANY, INC.,  :   Civil Action No.: 07 Civ. 1209
                                      :
                         Plaintiff,   :   District Judge Alvin K. Hellerstein
                                      :
                 v.                   :   Magistrate Judge Theodore H. Katz
                                      :
LIBERTY MUTUAL FIRE INSURANCE         :
COMPANY; CERTAIN UNDERWRITERS AT      :   **NOTICE OF MOTION TO**
LLOYD'S, LONDON, AND CERTAIN LONDON   :   **TO ADDRESS THE COURT'S**
MARKET INSURANCE COMPANIES;           :   **SUBJECT MATTER JURISDICTION**
ASSICURAZIONI GENERALI S.P.A.; and    :
GENERAL SECURITY INDEMNITY            :   ECF CASE
COMPANY OF ARIZONA, as attorney in fact for :
and successor in interest to GENERAL SECURITY :
INDEMNITY COMPANY (now known as       :
HUDSON SPECIALTY INSURANCE            :
COMPANY),                             :
                                      :
                         Defendants.  :
-------------------------------------------------------------- x

PLEASE TAKE NOTICE that upon the accompanying Declaration of Sally Dunning dated November 21, 2007; Declaration of Maxine Hilary Verne dated November 27, 2007; Declaration of Larry P. Schiffer dated November 26, 2007; Memorandum of Law of Defendants Certain Underwriters at Lloyd's, London, Certain London Market Insurance Companies, Assicurazioni Generali S.p.A., and General Security Indemnity Company of Arizona (collectively, the "Excess Insurers"); and all prior papers and proceedings, the Excess Insurers, by their counsel, Dewey & LeBoeuf LLP, will move this Court before the Honorable Alvin K. Hellerstein in Room 14D in the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007, on a date to be determined by the Court, for an order determining whether the Court has subject matter jurisdiction over this action.

PLEASE TAKE FURTHER NOTICE that pursuant to this Court's Local Civil Rule 6.1(b), answering papers, if any, are to be served upon the undersigned on or before December 11, 2007.

Dated: New York, New York
November 27, 2007

DEWEY & LEBOEUF LLP

By: _____s/Fred W. Reinke_____
Fred W. Reinke
1101 New York Avenue, N.W.
Suite 1100
Washington, DC 20005-4213
Telephone: (202) 986-8061
Facsimile: (202) 986-8102

Larry P. Schiffer
Albert Y. Chang
Lisa A. Keenan
125 West 55th Street
New York, NY 10019-5389
Telephone: (212) 424-8000
Facsimile: (212) 424-8500

*Attorneys for Defendants*
*Certain Underwriters at Lloyd's, London,*
*Certain London Market Insurance Companies,*
*Assicurazioni Generali S.p.A., and General*
*Security Indemnity Company of Arizona*

TO:

Robert A. Weiner, Esq.
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173
(212) 547-5400

William I. Sussman, Esq.
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 841-5700

Matthew M. Burke, Esq.
ROPES & GRAY LLP
One International Place
Boston, MA 02110

Denise A. Rubin, Esq.
WORBY GRONER & NAPOLI BERN, LLP
115 Broadway, 12th Floor
New York, NY 10006
(212) 267-3700